122 N. Y. Supp. 206); American Woolen Co. of New York v. Harry Moskowitz (see, also, 122 N. Y. Supp. 1121); James Graham v. Graham Chisholm Co.; Heyman Prince v. Mildred L. Holzman; Frederick S. Myers v. Beakes Dairy Co. (see, also, 130 App. Div. 879, 114 N. Y. Supp. 1138; 132 App. Div. 710, 117 N. Y. Supp. 569); Sophie J. Bormann v. Augustus G. Paine. No opinion. Applications denied, with $10 costs. Orders signed.

TAYLOR, Appellant, v. HEFT, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Caroline J. Taylor against Nathan H. Heft. H. Eckhard, for appellant. N. C. Rogers, for respondent. No opinion. Order affirmed, with costs. Order filed.

TELHANIS, Respondent, v. OWENS et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 21, 1910.) Action by John Telhanis, as administrator, etc., against David O. Owens and others. No opinion. Order modified, so as to provide that the costs of the motion shall be paid to the defendant to abide the event of the action, and, as thus modified, affirmed, without costs.

THIRD NAT. BANK OF PHILADELPHIA, Appellant, v. R. G. CHASE CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by the Third National Bank of Philadelphia against the R. G. Chase Company.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

THOMSON, Appellant, v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Olof Thomson against the Board of Education of the City of New York. No opinion. Motion granted, and order resettled in the form proposed. See, also, 122 N. Y. Supp. 1147.

In re TIMMIS. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) In the matter of the application of Walter S. Timmis for the appraisal of his stock in the Sackett & Wilhelms Company, etc. No opinion. Order affirmed, with $10 costs and disbursements.

TODARO, Appellant, v. SOMERVILLE REALTY CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Philippo Todaro against the Somerville Realty Company and others. No opinion. Motion denied, without costs. See, also, 122 N. Y. Supp. 509, 1148.

In re TORPHY'S WILL. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Appeal from Surrogate's Court, New York County. Judicial proceedings on the probate of the will of Bridget Torphy, deceased. Appeal from a decree of the Surrogate's Court admitting the will to probate. Reversed. H. N. Holde, for appellant. J. Aspinwall Hodge, for respondent.

PER CURIAM. A consideration of the record in this case satisfies us that the matter is a proper one in which the question as to whether or not the November will was actually executed by the decedent should be submitted to a jury. The decree is therefore reversed, and a trial before a jury at Trial Term of the Supreme Court is directed, with costs to the appellant to abide the event.

CLARKE, J., dissents.

TOWER v. TOWER. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Mary B. Tower against Albert E. Tower. No opinion. Motion for stay granted, on condition that the appeal is brought on for argument and argued at the October term of the court; otherwise, motion denied. See, also, 126 App. Div. 933, 110 N. Y. Supp. 1147; 134 App. Div. 670, 119 N. Y. Supp. 506.

TOWN OF IRONDEQUOIT, Respondent, v. COSTICH, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by the Town of Irondequoit against Sepharine Costich. No opinion. Motion for leave to appeal to Court of Appeals granted. See, also, 123 N. Y. Supp. 1144.

TRAVIS et al., Appellants, v. BOWRON et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by John L. Travis and others against Clara A. Bowron and others. No opinion. Motion for resettlement of order denied, with costs. See, also, 123 N. Y. Supp. 290.

URBAN, Appellant, v. DOTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Jacob Urban against John W. Doty. No opinion. Appeal dismissed, with $10 costs. For opinion below, see 121 N. Y. Supp. 586.

URTZ, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Rose M. Urtz, as administratrix, etc., of Richard M. Urtz, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. See opinion by Williams, J., on former appeal in same case, reported at 137 App. Div. 404, 121 N. Y. Supp. 879.

VARGA, Respondent, v. TENNESSEE COPPER CO., Appellant. (Supreme Court, Appel-